IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACQUELINE N. TANZY,<br>    Plaintiff, | § § § § | |
| v. | § | Civil Action No.  3:20-CV-3579-N-BH |
| ALEJANDRO MAYORKAS,<br>Secretary of Homeland Security, and<br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br>    Defendants. | § § § § § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has not timely filed an amended complaint as allowed by the recommendation and this Court's Order of January 20, 2022, *Defendants' Motion to Dismiss*, filed March 24, 2021 (doc. 15), is **GRANTED**, and all claims are **DISMISSED with prejudice** for failure to state a claim. By separate judgment, Plaintiff's claims against the defendants will be **DISMISSED with prejudice**.

**SIGNED** this 22nd day of March, 2022.

UNITED STATES DISTRICT JUDGE